# Exhibit 2

Non-Method Claim: 1

| US9001581 | Chuwi CoreBook Air Copilot+ PC Laptop Intel Core Ultra 5 226V ("The accused product") |
|---|---|
| 1. A semiconductor memory device comprising: | The accused product discloses a semiconductor memory device (e.g., K9AFGD8J0B V-NAND die of the accused product).<br><br>As shown below, the accused product is a laptop that utilizes an AirDisk 512GB SSD storage implemented using K9AFGD8J0B V-NAND flash die.<br><br><br><br>https://us.chuwi.com/products/corebook-air-226v |

| | |
|---|---|
| Memory | 16GB LPDDR5X 8533 MT/s RAM (Memory on Package) |
| Storage | 512GB PCIe 3.0 SSD<br>(1× M.2 2280 SSD Slot, Expandable up to PCIe 4.0×4) |

https://us.chuwi.com/products/corebook-air-226v



Source: Usage of the accused product

<table>
<tr>
<td></td>
<td>


Source: Tool for viewing SSD information of the accused product
<br>


https://www.techinsights.com/products/mfr-1902-805
</td>
</tr>
<tr>
<td>a plurality of semiconductor memory</td>
<td>The accused product discloses a plurality of semiconductor memory cells (e.g., TLC memory cells).</td>
</tr>
</table>

<table>
<tr>
<td>cells;</td>
<td>
As shown below, the accused product includes K9AFGD8J0B V-NAND flash die that uses TLC semiconductor memory cells. Each TLC cell stores three bits of data, and the accused product contains a large number of such TLC cells, which together provide the total storage capacity of 512GB.
<table>
<tr><td>Memory</td><td>16GB LPDDR5X 8533 MT/s RAM (Memory on Package)</td></tr>
<tr><td>Storage</td><td>512GB PCIe 3.0 SSD<br>(1× M.2 2280 SSD Slot, Expandable up to PCIe 4.0×4)</td></tr>
</table>
https://us.chuwi.com/products/corebook-air-226v
</td>
</tr>
</table>




Source: Tool for viewing SSD information of the accused product



View Product

Availability: Published
Product Code: MFR-1902-805
Release Date: 09/04/2019
Product Item Code: SAM-K9DUGY8J5B-DCK0

## Samsung K9DUGY8J5B-DCK0 92-Layer 3D V-NAND Memory Floorplan Analysis (256Gb)

This report presents a Memory Floorplan Analysis of the Samsung K9AFGD8J0B die found inside the Samsung K9DUGY8J5B-DCK0 3D V-NAND flash memory package. The K9DUGY8J5B-DCK0 V-NAND device was extracted from the Samsung 3D V-NAND SSD 970 EVO Plus with the module number MZ-V7S1T0.

This report contains the following detailed information:

- Selected teardown photographs, package photographs, package X-rays, die markings, and die photographs
- Scanning electron microscopy (SEM) cross-sectional micrographs of the general structure of the die dielectric materials, major features in the bit line (BL) and word line (WL) directions

https://www.techinsights.com/products/mfr-1902-805

semiconductor memory cell

Samsung solidified its leadership in the NAND flash market by commencing production of the industry's first "1Tb (terabit) TLC (Triple Level Cell)* 9th generation V-NAND" in April. It boasts approximately 1.5 times higher bit density* than the previous generation, thanks to the implementation of industry's smallest cell size and thinnest mold*. It features technologies such as cell interference avoidance and cell life extension to control interference phenomena* and enhance product speed, power efficiency, quality, and reliability.

Today, the newsroom had the opportunity to meet with Jay Hyun, the Corporate VP of Product Planning, Seungwan Hong (Corporate EVP), Eunkyoung Kim (Corporate VP), and Jiho Cho (Corporate VP) of Flash Product & Technology. These individuals are responsible for the planning and development of the revolutionary 9th generation V-NAND. Join us as we venture into the world of Samsung V-NAND and discover the exciting possibilities it brings in the era of AI.

https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/

| | |
|---|---|
| | semiconductor memory cell<br>* TLC (Triple Level Cell): a structure that can store 3 bits of data in a single cell.<br>* Bit Density: the number of bits stored per unit area.<br>* Mold: the layer of word lines (wiring responsible for controlling the on/off state of transistors) that drives the cell.<br>* Interference Phenomena: a phenomenon where electrons leak or adjacent cells are affected due to narrow spacing between cells.<br>https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/<br><br><br>https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/ |

| | |
|---|---|
| | **The Limitations of planar NAND Technology**<br>The capacity of a NAND flash drive depends on the number of cells in the chip. Until recently, manufacturers have focused on fitting smaller cells in a planar NAND structure, where memory cells are placed adjacent to one another in a single die layer, to boost memory capacity. In just 15 years, cell size has reduced from 120 nm to 19 nm, while capacity has increased by 100 times.<br>https://semiconductor.samsung.com/news-events/tech-blog/the-future-of-nand-technology/<br>**3D V-NAND Flash Memory**<br>3D V-NAND Flash Memory<br>(3D Vertical NAND flash memory)<br>A type of NAND flash memory where cells conventionally arrayed in a single layer are stacked vertically in three dimensions.<br>3D V-NAND flash is a technology developed to overcome limitations in scaling previous 2D NAND flash processes.<br>https://semiconductor.samsung.com/support/tools-resources/dictionary/semiconductor-glossary-3d-v-nand-flash-memory/ |
| at least one contact configured to electrically connect said memory cells to at least one control line, | The accused product discloses at least one contact (e.g., bit line contact) configured to electrically connect said memory cells (e.g., TLC memory cells) to at least one control line (e.g., tungsten bitline), wherein the number of said contacts (e.g., bit line contacts) is less than the number of said memory cells |

| | |
|---|---|
| wherein the number of said contacts is less than the number of said memory cells; and | (e.g., TLC memory cells).<br><br>As shown below, the accused product includes K9AFGD8J0B V-NAND flash die that uses a single bit line contact to connect a string of TLC cells to the bit line (control line). A string of TLC cells includes a large number of TLC cells and all said cells share the bit line contact extending from the string towards the bit line, such that the single bit line contact connects multiple TLC memory cells and the number of bit line contacts is less than the number of TLC memory cells. |



```
C:\Users\[redacted]\Downloads\maxio_nvme_fid-0.382a\maxio_nvme_fid.exe
Maxio NVME SSD fid v0.382a by Ochkin Vadim
OS: 10.0 build 26200
 0: (AirDisk 512GB SSD
Please select drive number:0
Drive   : 0(NVME)
Scsi    : 0
Driver  : W10
Model   : AirDisk 512GB SSD
Fw      : SN27493
HMB     : 16384 - 16384 KB (Enabled, 16 M)
Size    : 488386 MB [512.1 GB]
LBA Size: 512
Firmware id string[0C0] : MKSSD_101000SN2749303100,Aug  7 2025,15:08:37,MAP1202,AKXCAC4C
Project id string[080]  : r:/1_FWCode_Git/cg_fl_fw31
Controller              : MAP1202
NAND string             : K9AFGD8J0B
NAND MaxPE cycles       : 3000
NAND Freq               : 800
Channel number          : 4
CE number               : 1
Total bank              : 16
Flash type              : TLC
Blocks/CE               : 8016
Pages/Block             : 1104
Page size               : 16
Planes(?)               : 2
Die/CE                  : 2
HSPD capacity           : 150
HSPD blocks             : 25
Normal blocks           : 973
Ch0CE0: 0xec,0x5f,0x9a,0x5f,0x9a,0x9f,0x0 - Samsung TLC 16k 1024Gb/CE 256Gb/die
Ch1CE0: 0xec,0x5f,0x9a,0x5f,0x9a,0x9f,0x0 - Samsung TLC 16k 1024Gb/CE 256Gb/die
Ch2CE0: 0xec,0x5f,0x9a,0x5f,0x9a,0x9f,0x0 - Samsung TLC 16k 1024Gb/CE 256Gb/die
Ch3CE0: 0xec,0x5f,0x9a,0x5f,0x9a,0x9f,0x0 - Samsung TLC 16k 1024Gb/CE 256Gb/die
```

Source: Tool for viewing SSD information of the accused product



View Product

Availability: Published
Product Code: MFR-1902-805
Release Date: 09/04/2019
Product Item Code: SAM-K9DUGY8J5B-DCK0

# Samsung K9DUGY8J5B-DCK0 92-Layer 3D V-NAND Memory Floorplan Analysis (256Gb)

This report presents a Memory Floorplan Analysis of the Samsung K9AFGD8J0B die found inside the Samsung K9DUGY8J5B-DCK0 3D V-NAND flash memory package. The K9DUGY8J5B-DCK0 V-NAND device was extracted from the Samsung 3D V-NAND SSD 970 EVO Plus with the module number MZ-V7S1T0.

This report contains the following detailed information:

- Selected teardown photographs, package photographs, package X-rays, die markings, and die photographs
- Scanning electron microscopy (SEM) cross-sectional micrographs of the general structure of the die dielectric materials, major features in the bit line (BL) and word line (WL) directions

https://www.techinsights.com/products/mfr-1902-805

memory cell

Samsung solidified its leadership in the NAND flash market by commencing production of the industry's first "1Tb (terabit) TLC (Triple Level Cell)* 9th generation V-NAND" in April. It boasts approximately 1.5 times higher bit density* than the previous generation, thanks to the implementation of industry's smallest cell size and thinnest mold*. It features technologies such as cell interference avoidance and cell life extension to control interference phenomena* and enhance product speed, power efficiency, quality, and reliability.

Today, the newsroom had the opportunity to meet with Jay Hyun, the Corporate VP of Product Planning, Seungwan Hong (Corporate EVP), Eunkyoung Kim (Corporate VP), and Jiho Cho (Corporate VP) of Flash Product & Technology. These individuals are responsible for the planning and development of the revolutionary 9th generation V-NAND. Join us as we venture into the world of Samsung V-NAND and discover the exciting possibilities it brings in the era of AI.

https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/

| | |
|---|---|
| | memory cell<br>* TLC (Triple Level Cell): a structure that can store 3 bits of data in a single cell.<br>* Bit Density: the number of bits stored per unit area.<br>* Mold: the layer of word lines (wiring responsible for controlling the on/off state of transistors) that drives the cell.<br>* Interference Phenomena: a phenomenon where electrons leak or adjacent cells are affected due to narrow spacing between cells.<br>https://semiconductor.samsung.com/news-events/tech-blog/samsung-v-nand-landmark-of-the-hyperscale-ai-era/ |

| | |
|---|---|
| | <br>Figure 6 is a higher magnification image of the top portion of the V-NAND string. The top surface of the polysilicon annulus (NAND string channel) is contacted by a tungsten bitline strap that connects to the overlying bitlines. The metal word lines, oxide barrier and charge trap layers surround the polysilicon channel layer.<br>https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/ |

| | |
|---|---|
| | <br>Figure 9. V-NAND versus planar NAND stacking<br>https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_950_PRO_White_paper.pdf |
| said memory device being configured to perform at least one of: injecting charge into or extracting charge out of a portion of at least one of said memory cells to maintain a state of said at least one memory cell. | The accused product discloses a memory device (e.g., K9AFGD8J0B V-NAND die of the accused product), said memory device (e.g., K9AFGD8J0B V-NAND die of the accused product) being configured to perform at least one of: injecting charge (e.g., electrons) into or extracting charge out of a portion of at least one of said memory cells (e.g., TLC memory cells) to maintain a state of said at least one memory cell (e.g., TLC memory cell).<br><br>As shown below, the accused product includes K9AFGD8J0B V-NAND flash die and uses a charge trap layer to program a TLC memory cell. Electrons are injected into the charge trap layer, which is a portion of the TLC memory cell, to program and maintain the state of the memory cell by holding the programmed bits. |

injecting charge

※CTF(Charge Trap Flash) : A technology in which 0 and 1 are identified by using nitride with many traps as the trapping layer to inject electrons in the traps. Floating gate semiconductors had been used to save data, but by replacing these with nitride, a nonconductor, crosstalk with adjacent cells is prevented.

https://semiconductor.samsung.com/news-events/tech-blog/all-there-is-to-know-about-flash-memory-how-no1-flash-memory-came-about/




Figure 9. V-NAND versus planar NAND stacking

https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_950_PRO_White_paper.pdf

| | |
|---|---|
| | The polysilicon channel layer is surrounded by a thin tunnel dielectric that is likely formed by atomic layer deposition (ALD). A charge trap layer, typically silicon nitride, is in contact with this tunnel dielectric and covered by an oxide barrier layer. These were also likely formed by ALD. A barrier layer oxide and metal gate (word lines) surround the charge trap layer.<br><br>Charge trap layers are a fairly new design for Flash memories, as they typically use polysilicon floating gates to store charge. We have seen silicon nitride trap layers being used by Spansion in their MirrirBit NOR Flash memory, but Samsung might be the first to use the charge trap layer in NAND Flash.<br>https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/ |




https://www.eetimes.com/first-look-at-samsungs-48l-3d-v-nand-flash/2/

But first, a short primer on where V-NAND has taken us so far, and what it brings to the storage domain of the future. V-NAND is a 3D-cell layer-stacking technology where multiple flash memory cell layers are stacked vertically (3-dimensionally) in each and every NAND chip. Highly reliable, these charge trap flash (CTF) cells have been built with 24, 32, 48, 64, 9x and now 100+ (1xx) layers.

https://semiconductor.samsung.com/news-events/tech-blog/the-next-phase-of-

| | |
|---|---|
| | v-nand-ingenuity/ |

| | | |
|---|---|---|
| BIOS | Basic Input/Output System | A program that instructs the computer on how to perform a number of basic functions, such as booting, display screen, configure disk drives and keyboard control. It initializes POST. (See definition of POST below.) |
| CSM | Compatibility Support Module | A feature that enables storage devices with OS installed in the Legacy BIOS mode to boot in the UEFI mode by emulating a BIOS-like environment in the UEFI mode. |
| CTF | Charge Trap Flash | A semiconductor memory technology used in creating non-volatile NOR and NAND flash memory. It uses a silicon nitride film to store electrons, which lowers the cell coupling and results in a cell-to-cell interference-free structure. |
| DRAM | Dynamic Random Access Memory | A type of random-access memory, which allows processors to access any part of the memory directly. It stores each bit of data in a storage cell consisting of a capacitor and a transistor. |
| DTT | Dynamic Thermal Throttling | A technology that controls the temperature of the device to not exceed its maximum limit by reducing its performance in a phased manner. |

https://download.semiconductor.samsung.com/resources/white-paper/Samsung_SSD_950_PRO_White_paper.pdf